Good morning, ladies and gentlemen And in our first case I see we have Miss Christensen and mr. Holler. So we're ready to proceed. This is the case of United States against Barrett number 19 2 2 5 4 Good morning, your honors counsel. My name is Joanna Christensen. I represent the appellant Travis Barrett in this case This court has asked us to answer the question of whether Adkins survived Flores and The answer I think is fairly clear given this court's later decision in hunt That Adkins did survive Flores. They provide two different waiver mechanisms in questions of supervised release Flores allowed this court to retain the discretion in compelling cases to continue to overlook a waiver To go directly to the challenge of the supervised release condition condition Hunt said that and cited Adkins when it said that so I believe that that's a fairly easy question for this court To arrive on I don't know if there's a time or a need to overrule Adkins in light of Flores Given that they can exist in the same universe of cases The next question of course is whether mr Barrett then can take advantage of this narrow exception within the two rules of Adkins and Flores I Think under Flores a basic look at the standard in Flores. Mr Barrett did in fact waive a challenge to this issue So if you look at that, he had noticed that he had an opportunity to object and he challenged some conditions and not others However, we I am arguing that this court can use the narrow exception Grant allowed for an in Flores and through Adkins to reach this question this Questions because Sure, if we Assume that mr. Barrett himself personally raising these objections is the equivalent of counsel raising them It seems that he had ample opportunity to focus and did focus on quite a few of these Exceptions. I want you to address that and the other thing that I think Concerned at least me Initially is I don't know why there would be any generic First Amendment exception to waiver Rules people waive different kinds of constitutional rights all the time. So just because this particular can condition for mr First-amendment overtones doesn't seem to me a reason to change the waiver rules Right your honor, I think I'll address your first part of the question First about mr. Barrett specifically and he did raise Objections to several of the conditions I think when we we have to look at the whole picture is that he clearly had read them and thought about them I think he's a very bright person. So he thought of some objections as he's going through them he is met with The district court shutting him down saying you can challenge that later. It's not going to be applied like that It's going to be applied like this. I think for a pro se defendant who was essentially at that moment pro se That's a very hard thing to overcome when a judge is continually saying no. No, this is what we do in in this district These are normal conditions move along So I think that the meaningful opportunity to object is an issue In this case because it's not necessarily meaningful When the court continually shuts you down and makes it obvious that the court is not going to consider any of your objections thoroughly Regarding the First Amendment issue. I do think that's a little bit of a problem in Adkins I think it's a little bit of a problem in this courts jurisprudence since Adkins Because it did seem to carve out and has been interpreted as a First Amendment exception to appeal waivers and certainly this court Defendants can waive all kinds of rights First Amendment rights They often raise, you know waive Fourth Amendment rights as part of supervised release conditions What I can cobble together from this court's case on the matter Is that the knowing waiver of First Amendment has an additional protection because there were no findings by the court about why? This ban was appropriate in this case So without a specific waiver as to his First Amendment rights, that's the issue I believe that Adkins found the most compelling. Well, of course the reason there are no findings is no one ever called this attention to the district courts This condition to the district courts attention I mean presumably would have said something if somebody said wait a minute, you know, this is too broad. It's covering legal material Sure. I think what's interesting about this Condition, however, is this is I believe the only one in the courts listed proposed conditions that did not have a justification Listed I believe in the Northern District of Indiana the court issues a second separate document saying these are the conditions Considering these are my justifications for those conditions I assume that that's primarily written by the probation officer and then reviewed by the judge But for this condition there were no justifications so that's a little bit of a problem because without a Justification and this court held in Shannon that a ban on on adult pornography is not Absolutely wrong, but needs additional justifications because of the nature of the rights that it Infringes upon miss Christensen. Let me ask you to react to two points When when we decided Atkins and both you and mr. Holler have a lot of experience So he may want to weigh in on this as well Might it have been at a time where? There was not as much perhaps not as much care as a general matter being taken in providing notice of supervised release conditions and the Like we're where we may have been a little bit more tolerant Of a waiver circumstance, so that's the first point and then the second one is I Have a very difficult time seeing How mr. Barrett or his counsel and I know he says his counsel froze up here How his counsel would think it in? Barrett's interest to challenge this condition given the nature of the offense conduct It's you know it that is a very difficult dialogue to undertake to explain That he has some interest in viewing adult pornography when he's released given the conduct at issue here and To my mind it seems very wise Not to have selected condition 31 for challenge Right Your honor, I'll address the first issue the timing of Atkins and I think you know, mr Holler does a good job of reviewing where we've been with supervised release conditions in this court and It Atkins was at a time when there was no notice given about the conditions almost no discussion It's sentencing and we have moved beyond that time to it to a certain degree I think we're seeing in these cases particularly post Flores However that these conditions that were previously not not the plain air portion But the actual substantive nature of the conditions are still being imposed even though this court is held that they were Questionable and vague and overbroad so I think we have moved forwards from that time But I don't think that we have cured the issues that was the focus of this courts concern About the nature of the offense It's always always tricky when you're in front of a judge in any child pornography or offense involving children there is some Research out there that shows that adult pornography is not quote the gateway drug to child pornography Um, I don't know this judge well enough to to know if I would have made that objection in the district court, or if I felt that I would have Focused more on getting a lower sentence. I think what we see from this transcript however, that defense counsel did not put that much thought into it and Mr. Barrett himself clearly had and had concerns about the nature of those conditions I think he would have gotten there eventually perhaps not that's maybe conjecture conjecture But it's not always a bad idea to challenge these convictions particularly since later on The defendant does not have counsel and this may be the only time you can mount an effective challenge to them So I see that I'm down to almost a minute unless the court has further questions I'm more than willing to argue on but I know you have a full slate today. So I'll reserve my time. That's fine Okay. All right. Thank you. Mr. Holler Thank you, good morning your honors and may it please the court The United States position is that Flores does control this case under normal Circumstances it certainly would the defendant here had advance notice at least two months of notice to Review the conditions. He had a meaningful opportunity to object. In fact, the district court allowed him to go on for 13 pages Objecting to conditions and he challenged seven of the 34 conditions, but not condition 31 Do you think a non-lawyer would realize the fine distinction between a ban on adult pornography and a ban on child pornography that we're Discussing here. I'm worried about how this came about With the lawyer saying oh, I'm still in the state of shock, you know and all this stuff well Judge I understand your your position judge would but I don't I don't really see how that An exception to Simply challenge condition number 31 I mean if if if his lawyer was not functioning as his lawyer during this time period and I don't know I think this can look a lot worse from the cold record than perhaps it actually was in the courtroom But but if that is the concern Then it seems to me the way to deal with that concern is through an ineffectiveness Petition at which point he can review and challenge all of these conditions not to say we have a narrow Exception that's going to allow him to challenge condition 31. We're going back to the district court We're going to deal with condition 31 and then we're still going to have to resolve the question of whether he had a functioning lawyer At this portion of his sentencing. So that's how I believe the court should which is certainly about a concern But I think that is the way to address that concern not through recognizing some narrow Adkins exception that either applies to the First Amendment which I don't think the cases suggest it's actually a First Amendment exception since the court has said Adkins doesn't apply to communicating with minors or joining a gang or Communicating and giving speeches about one's third-party risks to creditors and that suggests that that if if Adkins is any kind of exception, it's just an Adult pornography exception and why should there be an adult pornography exception to Florida's? It doesn't make any sense. So I think I ask you one other this is really almost a point of clarification Do you think the record? Shows that in the period before the actual Hearing where the supervised release conditions were reviewed Barrett had a chance to review them with the assistance of counsel Um, well there is the The Filings were sent out on April the 5th And then when you go to the discussions, it does appear that there's the line of questioning with counsel Did you see these did you review these and the defendant himself? I mean I it's hard for me to see going through if you actually review what he's doing and what he's saying at the hearing He's going through these conditions in order and he's raising very specific Questions and concerns that it seems he himself had about the conditions and in fact, he sort of starts scattershot, right? He says yeah, you know these conditions. I have a problem with condition 30 Here's my problem with condition 30 and then then the judge and the assistant US attorney say hey If there are concerns about these we need to go through and raise them all and then he starts going through an order, right? 23 and even when you get to page 14 of the appendix, right? He's going through and he deals with 28 and then and then the court says and what's your next one? And he says condition 2. Well, I think we already addressed condition 30 So it's like he's going through these reading the conditions and going through them in order I mean, I think he I think from this record it certainly would appear that he had advanced notice of the conditions He was asked did you see these and he said he did his lawyer was asked Did you see these and he said that he did? I Don't know if if there's some discussion of them reviewing it together. I don't know that I'd have to go back and review the transcript but it seems to me that it if Flores means anything this counts as a Advanced notice and a meaningful opportunity to object. It does seem to me that it falls under under Flores And he challenged conditions and and and I just don't think I respect Mr. Christensen's position, but the district court here did say raise any challenge you want I don't know Maybe you've waived these to the Court of Appeals but if you want to raise it to the Court of Appeals raise it with me now and he went through and he raised it raised the objections he had and whether for strategic reasons or whether because he Didn't care about that condition at the time and has changed his mind I don't know, but he did not object to condition number 31 and under those circumstances There was no need for the government to produce any of the kinds of evidence that Judge Scudder has talked about that might justify the condition And this court's precedent suggests that that we don't need to do that unless the court Unless the court, you know, unless the defendant or the court on its own says hey, I have some concerns about this condition. So With all those in place, whatever the content of the Adkins exception is I do think that that condition is rooted in a due process vagueness sense that there may be an exception for conditions that are truly so vague that nobody can figure out what they mean and You know the the Adkins condition arguably might meet that standard and this one we believe does not and the only other points it for To you Judge Scudder is I would say I can't I argued Adkins So I suppose I'm the person in the room best equipped to answer that And Adkins it appears to me based on the docket number would have been Happened in the district court in about 2012. So that's before even Goodwin and The best of my recollection at the time is that there was there was like a general order that the district court had on its website That said these are like all the conditions that we generally impose and generally the same conditions got imposed in every case so in theory and I think we may even have argued this an appeal or two somebody could have like gone to the website and figured out what the conditions probably were going to be and then at sentencing they were kind of handed out and and given to them but Nothing like we have now and then once Goodwin came in there was kind of a period of time and we've gotten better at this Where they started going in the PSR and then now as in this case, they tend to get generally filed on the docket because they are more defendant specific and situation specific And you know the courts the courts do the best they can with them. But that's that's my general history of notice And now this is the notice that we've been giving for I would say at least the last Four years or so, you know since supervised release has really been front and center. Yeah for the court So if the court has no further questions We believe that this case that condition 31 like all the other conditions is controlled by Flores and for that reason we would ask this court to deem the At this current time on direct appeal to deem the challenge to the condition waive and ask the court to affirm All right, I see no questions, thank you very much Miss Christensen Yes, your honor, I I would like to correct just one thing the district court when Talking to mr. Barrett about whether he can raise this on appeal. He says well you can raise this on appeal Wait, no, you've waived it. But if you have an argument you have an argument I think that's a rather cavalier way to explain an appeal waiver to a defendant But we have these two layers of waiver, right? We've got the appeal waiver in the agreement and then we have Flores, you know, and I understand the government to be arguing basically the Flores layer because Even if we were to find that the appeal waiver itself was tainted in some fashion. We still have Flores to deal with right, and I think the Flores waiver might be Maybe the determining issue in this case and in supervised release condition appeals from from this forward Adkins becoming less and less of a key factor in that and if it is a due process concern, you know I've raised Adkins in other cases and not been successful Adkins is kind of an outlier in that But there are there should be due process concerns in these appeals because there are conditions that are being imposed That are clearly in violation of this court's precedent, so I see that my time is up. Thank you your honors I ask that you reverse and remand Thank you very much. Thanks to both counsel and we will take this case under advice